IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDIMAR DABLADO CANACA,<br><br>Defendant. | CR 24–37–BU–DLC<br><br>ORDER |

Before the Court is Defendant Edimar Dablado Canaca's Unopposed Motion For Leave to File Sentencing Memorandum Out of Time. (Doc. 25.) Mr. Canaca's sentencing memorandum was due on November 17, 2026. (*Id*. at 2.) The motion indicates that although Mr. Canaca timely prepared his sentencing memorandum, he inadvertently failed to file it by the deadline. (*Id*.) The Government has no objection to the instant motion. (*Id*.)

Accordingly, IT IS ORDERED that Mr. Canaca's motion (Doc. 25) is GRANTED.

DATED this 19th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court